UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 58, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No: 4:20-cv-00818-DDN |
| v. ) | |
| ) | |
| QUALITY ASSURED INDUSTRIAL ) | |
| COATINGS, LLC, ) | |
| ) | |
| Defendant. ) | |

### **PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT**

COME NOW Plaintiffs, pursuant to Rule 55 of the Federal Rules of Civil Procedure, and request the Clerk of the Court enter Default against Defendant Quality Assured Industrial Coatings, LLC.  In support of this request, Plaintiffs state as follows:

1. Plaintiffs filed suit against Defendant in the above-captioned matter on or about June 23, 2020.

2. Plaintiffs served Quality Assured Industrial Coatings, LLC, with process on June 26, 2020, as reflected in the records of the Clerk of Court. [Doc. No. 4].

3. Defendant has not filed an answer or other responsive pleading with the Court to this date and is therefore in default.

WHEREFORE, Plaintiffs pray for Clerk's Entry of Default against Defendant Quality Assured Industrial Coatings, LLC.

Respectfully Submitted

HARTNETT REYES-JONES, LLC

*/s/ Matthew J. Gierse*
MATTHEW J. GIERSE, No. 63828MO
DANIEL J. BRYAR No. 71815MO
4399 Laclede Avenue
St. Louis, MO 63108
Telephone: 314-531-1054
Facsimile: 314-531-1131
mgierse@hrjlaw.com
dbryar@hrjlaw.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on November 2, 2020, the foregoing was mailed by United States Postal Service to the following non-participants in Electronic Case Filing:  Defendant Quality Assured Industrial Coatings, LLC, 804 Hopp Hollow Drive, Alton, IL 62002.

/s/ Matthew J. Gierse