UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 58, et. al., | ) |
| Plaintiffs, | ) ) ) ) Case No: 4:20-cv-00818-DDN |
| v. | ) ) |
| QUALITY ASSURED INDUSTRIAL COATINGS, LLC, | ) ) ) |
| Defendant. | ) |

**CLERK'S ENTRY OF DEFAULT**

This matter is before the Clerk of Court on Plaintiffs' Motion for Entry of Clerk's Default against Defendant Quality Assured Industrial Coatings, LLC, pursuant to F.R.Civ.P. 55(a). The record reflects Plaintiffs served Defendant with process.  [Doc. No. 4].  Defendant has failed to file an answer or other responsive pleading within the time required by F.R.Civ.P. 12.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of Clerk's Default against Defendant Quality Assured Industrial Coatings, LLC, is **GRANTED**, and the default of Defendant is hereby entered.

Dated this      day of          , 2020.

GREGORY J. LINHARES
CLERK OF COURT

_____